# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KIMBERLY D. BRANTLEY, Administratix of
the Estate of Benjamin Brantley, Deceased           PLAINTIFF

v.                          No. 3:16-cv-352-DPM

UPS GROUND FREIGHT, INC.;
OPTIMUM STAFFING, INC., d/b/a
Optimum Logistic Solutions;
ROBERT L. WOODALL; and John Does 1-6              DEFENDANTS

## ORDER

The Motion, № 130, is granted with a modification and clarification. Subject to the terms of Amended General Order № 54, the following people, from both sides of the case, are authorized to bring cell phones, laptops, and electronic devices into the E.C. "Took" Gathings Federal Building and United States Courthouse for the trial in this case: Bobby McDaniel, Brett McDaniel, Robb Helt, Adam Weeks, Amanda Porbeck, Rebecca Powers, Dorothy Clay Sims, Ronna D. Kinsella, Robert A. Cox, Jill Branin, and Kristen Williams. The clarification: this case is scheduled for a one-week trial starting 10 December 2018.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 August 2018