IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KIMBERLY D. BRANTLEY, Administratix of
the Estate of Benjamin Brantley, Deceased                    PLAINTIFF

v.                       No. 3:16-cv-352-DPM

UPS GROUND FREIGHT, INC.;
OPTIMUM STAFFING, INC., d/b/a
Optimum Logistic Solutions;
ROBERT L. WOODALL; and John Does 1-6              DEFENDANTS

## ORDER

For the reasons stated on the record at the hearing, № 135, the joint motion to continue, № 131, is granted. A Third Amended Final Scheduling Order will follow.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

14 September 2018