IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KIMBERLEY D. BRANTLEY, Administratrix
of the Estate of Benjamin Brantley, Deceased     PLAINTIFF

v.     No. 3:16-cv-352-DPM

UPS GROUND FREIGHT, INC.;
OPTIMUM STAFFING, INC., d/b/a
Optimum Logistic Solutions;
ROBERT L. WOODALL; and John Does 1-6     DEFENDANTS

## ORDER

**1.** For the reasons stated on the record at the 28 June 2019 hearing, the Court made the following rulings.

**Summary Judgment and Bifurcation**

- Optimum, Woodall, and UPS's motions for partial summary judgment on direct negligence, № 202 (part) and № 252, are partly granted and partly denied.

- Optimum, Woodall, and UPS's motions for partial summary judgment on punitive damages, № 202 (part) and № 255, are granted.

- Optimum and Woodall's motion to bifurcate, № 187, joined by UPS, is denied as moot.

**Experts**

- Optimum and Woodall's motion to exclude testimony of Breck McDaniel, № 189, joined by UPS, is denied as moot.

- Optimum and Woodall's unopposed motion regarding Jackson Reconstruction, № 193, joined by UPS, is granted.

- Optimum and Woodall's motion to exclude testimony of Barry Grant, № 195, joined by UPS, is denied with instructions.

- UPS's motion to exclude testimony of Barry Grant, № 221, joined by Optimum and Woodall, is denied with instructions.

- UPS's motion to exclude testimony of Matthew Meyerhoff, № 223, joined by Optimum and Woodall, is partly granted and partly denied.

- Brantley's motion to exclude testimony of Todd Yakoubian, № 225, is granted with a caveat.

- Brantley's motion regarding defendants' expert witnesses, № 227, is granted as modified.

- Brantley's motion to exclude testimony of Andrew Sievers, № 229, is granted.

- Brantley's motion to exclude testimony of Steven Arndt, № 231, is partly granted and partly denied.

- Brantley's motion to exclude testimony of Stephen Chewning, № 238, is partly granted and partly denied.

- Brantley's motion to exclude testimony of Al Dunn, № 240, is partly granted and partly denied.

- Brantley's motion to exclude testimony of Greg Souheaver, № 258, is partly granted and partly denied.

**Other Motions *in Limine***

- Optimum and Woodall's omnibus motion *in limine*, № 183, joined by UPS, is mostly granted and partly denied.

- Optimum and Woodall's second motion *in limine*, № 185, joined by UPS, is granted.

- Optimum and Woodall's motion *in limine* regarding TDI issues, № 191, is denied with instructions.

- Optimum and Woodall's motion *in limine* regarding Optimum's contract with UPS, № 197, joined by UPS, is partly granted and partly denied.

- Optimum and Woodall's motion *in limine* regarding one touch calls and texts, № 200, joined by UPS, is granted.

- UPS's unopposed motion *in limine* to preclude reference to UPS's corporate wealth, № 204, is granted.

- UPS's motion *in limine* to exclude the "wall of dust" photograph, № 207, joined by Optimum and Woodall, is denied with instructions.

- UPS's unopposed motion *in limine* to preclude reference to defense counsel's practice, № 209, is granted.

- UPS's omnibus motion *in limine*, № 213, joined by Optimum and Woodall, is mostly granted and partly denied.

- UPS's motion *in limine* to preclude reptile theory, № 215, joined by Optimum and Woodall, is partly granted and partly denied.

- UPS's motion *in limine* to preclude evidence of Woodall's post-accident release, № 217, joined by Optimum and Woodall, is granted with a caveat.

- UPS's motion *in limine* to preclude hypothetical questions of lay witnesses, № 219, joined by Optimum and Woodall, is granted.

2. The Court is attaching its Order on the expert testimony of Dr. Jay Marsh, № 331, in *Herron, et al. v. APAC of Tennessee, Inc., et al.*, Case No. 3:16-cv-127-DPM.

3. The John Doe defendants are dismissed without prejudice.

So Ordered.

*DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 July 2019