IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KIMBERLEY D. BRANTLEY, Administratrix
of the Estate of Benjamin Brantley, Deceased          PLAINTIFF

v.                     No. 3:16-cv-352-DPM

UPS GROUND FREIGHT, INC.;
OPTIMUM STAFFING, INC., d/b/a
Optimum Logistic Solutions; and
ROBERT L. WOODALL                                     DEFENDANTS

BRIDGEFIELD EMPLOYERS
INSURANCE COMPANY                                     INTERVENOR

ORDER

UPS and Brantley have informally advised the Court that Brantley, UPS, Optimum, and Woodall have settled their dispute. Congratulations. The Third Amended Final Scheduling Order, № 137, is suspended and trial on the merits is cancelled.

Intervenor Bridgefield's claims are as yet unresolved, but are now solely between Brantley and Bridgefield. Joint status report from those parties due by 4 October 2019. If the Court needs to resolve any made-whole issues, it will do so at a one-day hearing on Friday, 18 October 2019 at 10:00 a.m. in Jonesboro. The Court will withhold Judgment until this issue is addressed.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 September 2019