# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KIMBERLEY D. BRANTLEY, Administratrix
of the Estate of Benjamin Brantley, Deceased                    PLAINTIFF

v.                         No. 3:16-cv-352-DPM

UPS GROUND FREIGHT, INC.; OPTIMUM
STAFFING, INC., d/b/a Optimum Logistic
Solutions; ROBERT L. WOODALL;
and JOHN DOES 1–6                                               DEFENDANTS

BRIDGEFIELD EMPLOYERS
INSURANCE COMPANY                                               INTERVENOR

## JUDGMENT

1. Brantley's claims against the Doe defendants are dismissed without prejudice.

2. All other claims, including Bridgefield's claim in intervention, are dismissed with prejudice.

3. The Court retains jurisdiction until 13 December 2019 to enforce the settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 October 2019